■ In the Matter of DENISE TROTMAN, Petitioner, v IRMA V. SANTAELLA et al., Respondents. — Proceeding pursuant to section 298 of the Executive Law to review an order of the respondent New York State Human Rights Appeal Board, dated July 5, 1983, which affirmed a determination of the Commissioner of the New York State Division of Human Rights which, after a hearing, dismissed petitioner's complaint against respondents White Rose Foods Corporation, Angelo Sanzeri and Frank Taglianti. ¶ Determination confirmed and proceeding dismissed, without costs or disbursements. ¶ The commissioner's determination is based upon findings of fact which are supported by substantial evidence in the record and therefore should not be disturbed (Executive Law, § 298). Niehoff, J. P., Rubin, Boyers, and Eiber, JJ., concur.